UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA BAXTER,

   Plaintiff

                                        CASE NO.:  6:17-CV-00351-CEM-TBS

-vs-

FORTIVA FINANCIAL, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

      Plaintiff, Lisa Baxter, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, Lisa Baxter, and Defendant, Fortiva Financial, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

      Dated this 17th day of August, 2017.

                                                    */s/ Octavio Gomez*
                                                  Octavio "Tav" Gomez, Esquire
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 N. Franklin St., 7th Floor
                                                  Tampa, FL 33602
                                                  Tele: (813) 223-5505
                                                  Fax:  (813) 223-5402
                                                  Florida Bar #: 0338620
                                                  Attorney for Plaintiff
                                                  tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of August, 2017, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                          */s/ Octavio Gomez*
                                          Octavio "Tav" Gomez, Esquire
                                          Florida Bar #:  0338620